# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 22, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

161597 & (25)(34)

EARL L. SULLIVAN,
        Plaintiff-Appellant,

v                                                                SC: 161597
                                                                 COA: 352985
MICHIGAN REFORMATORY WARDEN,
        Defendant-Appellee.

_____/

On order of the Court, the application for leave to appeal the June 22, 2020 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motions for appeal bond and to appoint counsel are DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 22, 2021



Clerk

s0119